■ JAMES McEVADDY, Appellant, v CITY UNIVERSITY OF NEW YORK, Respondent. (Claim No. 78836.) [633 NYS2d 4] —Order, Court of Claims (Albert Blinder, J.), entered August 26, 1994, which granted defendant's motion for summary judgment dismissing the claim for defamation for lack of subject matter jurisdiction, unanimously affirmed, without costs.

The student newspaper that printed the allegedly libelous article is not an "agent" of defendant City University and therefore the claim for defamation was properly dismissed for lack of subject matter jurisdiction (Education Law § 6224 [4]). The presence of a faculty advisor to the paper, whose advice was nonbinding, and the financing of the paper through student activity fees dispensed by defendant, do not demonstrate such editorial control or influence over the paper by defendant as to suggest an agency relationship (*see, Mazart v State of New York*, 109 Misc 2d 1092; *cf., Matter of Panarella v Birenbaum*, 32 NY2d 108). Concur—Rosenberger, J. P., Rubin, Ross, Nardelli and Mazzarelli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT RIOS, Appellant. [633 NYS2d 943] —Judgment, Supreme Court, Bronx County (Vincent Quattrochi, J.), rendered on or about December 5, 1990, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Rosenberger, J. P., Rubin, Ross, Nardelli and Mazzarelli, JJ.